UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **KARLA ALMONTE** | : | |
| Plaintiff | : | Civil Action No. 09-4409(FSH) |
| | : | |
| v. | : | |
| | : | ORDER ON INFORMAL |
| **STATE OF NEW JERSEY** | : | APPLICATION |
| | : | |
| Defendant | : | |

     This matter having come before the Court by way of letter dated September 7, 2010, seeking a further adjustment of the deadlines associated with the submission of the joint proposed final pretrial order and the date for the final pretrial conference based upon the desire to appear for a settlement conference before proceeding to a final pretrial conference;

     and the Court having already adjusted the deadline in response to the letter request dated August 26, 2010;

     and the August 26, 2010 request having also indicated that the parties were continuing their settlement discussion and requested that a settlement conference be held;

     and the Court having already considered the substance of the present request and stated that "to ensure these proceedings are not delayed, the Court requir[ed] the parties to appear for a final pretrial conference and settlement conference on the date that had been set for the Final Pretrial Conference;"

     and the present request essentially seeking reconsideration of this decision;

     and the request presenting no new facts or law that has been overlooked and there being no manifest injustice by leaving the August 26, 2010 Order unchanged;

     and if the parties seek a settlement conference on a date before September 22, 2010, then the parties being directed to contact the Court to propose dates acceptable to counsel and their

clients;

IT IS THEREFORE ON THIS 7th day of September, 2010

ORDERED that the request to adjust the deadline for submitting the joint proposed final pretrial order or the date for the Final Pretrial Conference beyond the dates set on the Order dated August 26, 2010 is denied.  The joint proposed final pretrial order shall be delivered to the Chambers of the Undersigned no later than **September 15, 2010 at 3:00 p.m.**;

IT IS FURTHER ORDERED that the final pretrial conference and a settlement conference shall proceed on **September 22, 2010 at 11:00 a.m.**  Trial counsel and clients with full settlement authority are required to appear in person.  If translators are needed, then the parties shall arrange for their participation; and

IT IS FURTHER ORDERED that if the parties seek a settlement conference on a date before September 22, 2010, then they shall contact Chambers to propose dates acceptable to counsel and their clients.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**